IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 20-00055-CR-W-HFS |
| BRYANT ROBINSON | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

At a Change of Plea Hearing held on August 12, 2020, before Magistrate Judge Lajuana M. Counts, defendant entered a guilty plea to Count 1 of the Indictment charging defendant with a violation of 18 U.S.C. § 922(g)(1) and 924(a)(2), that is, being a felon in possession of a firearm and ammunition and Count II of the Indictment charging defendant with a violation of 21 U.S.C. § 844(a), that is, possession of marijuana.

In a Report and Recommendation (Doc. 29), Judge Counts determined that the guilty plea was knowledgeable and voluntary and that the offenses charged

were supported by an independent basis in facts containing each of the essential elements of such offenses.

After review of the hearing record (and in the absence of objections) I ADOPT the Report and Recommendation (Doc. 29) and ACCEPT defendant's guilty plea and direct the Clerk to enter it. A Presentence Investigation Report shall be filed within 120 days.

s/ HOWARD F. SACHS
HOWARD F. SACHS
United States District Judge

Dated: September 8, 2020
Kansas City, Missouri